FILED
DEC 6 - 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of
Substitution of Counsel,

JENNIFER L. COON,

**ORDER**

**IT IS HEREBY ORDERED** that Jennifer L. Coon, 110 West C Street, Suite 2108, San Diego, CA 92101, be substituted as appointed counsel in the stead of and following her departure from Federal Defenders of San Diego, Inc., in the attached list of cases, effective as of December 1, 2010.

**SO ORDERED.**

DATE: 12/2/10

HON. IRMA E. GONZALEZ
United States District Chief Judge

**Cases Transferred from Federal Defeneders of San Diego, Inc.
To Jennifer L. Coon, Esq. As of December 1, 2010**

| CASE NAME AND CRIMINILAL NO. | NEXT COURT DATE - FOR |
|---|---|
| United States v. Diane Alcobia<br>10CR0709-IEG | December 13, 2010 at 9 a.m. for sentencing before the Hon. Irma E. Gonzalez |
| United States v. Ramon Angulo-Ramirez<br>10cr4504-LAB | December 7, 2001 at 1:30 p.m. for COP before the Hon. Anthony J. Battaglia |
| United States v. Jose Arreola-Reyes<br>10CR4533-LAB | January 10, 2011 at 2 p.m. for sentencing before Hon. Larry A. Burns |
| United States v. Tomas Beltran-Hernandez<br>10CR4407-JM | December 3, 2010 at 11 a.m. for MH/TS before the Hon. Jeffrey T. Miller |
| United States v. Alan Blancarte-Salas<br>10CR3747-MMA | January 31, 2011 at 9 a.m. for sentencing before Hon. Michael M. Anello |
| United States v. Luis Boites-Zarate<br>10MJ3435-BLM | December 17, 2010 at 11 a.m. for MH/TS before Hon. Dana M. Sabraw |
| United States v. Myra Brambila-Arcinega<br>10MJ3625-CAB | December 2, 2010 at 9:30 a.m. for PH2 before Hon. Cathy Ann Bencivengo |
| United States v. Gilberto Castaneda-Lopez<br>10MJ3782-NLS | December 16, 2010 at 9:30 a.m. for PH2 before Hon. Nita L. Stormes |
| United States v. Carlos Chavarria-Trasvina<br>10CR3848-MMA | January 18, 2011 at 9 a.m. for sentencing before Hon. Michael M. Anello |

| | |
|---|---|
| United States v. Francisco Contreras-Torres<br>09CR3119-H | December 17, 2010 at 9 a.m. for sentencing before Hon. Marilyn L. Huff |
| United States v. Sergio Corral-Villegas<br>10CR4535-LAB | December 7, 2010 at 3 p.m. for COP before Hon. Anthony J. Battaglia |
| United States v. David Cortez-Cuevas<br>10CR1912-BEN | January 18, 2011 at 9 a.m. for sentencing before Hon. Roger T. Benitez |
| United States v. Christopher Cutcliff<br>07CR2570-BTM<br>08CR1676-BTM | December 14, 2010 at 2 p.m. for OSC Status before Hon. William V. Gallo |
| United States v. Christopher Cutcliff<br>10CR2832-W | January 18, 2011 at 9 a.m. for sentencing before Hon. Thomas J. Whelan |
| United States v. Jose Delgado<br>10MJ9368-PCL | December 6, 2010 at 1:30 p.m. for PH2 before Hon. Peter C. Lewis |
| United States v. Nelson Diaz<br>10CR03912-W | December 27, 2010 at 9 a.m. for sentencing before Hon. Thomas J. Whelan |
| United States v. Marco Antonio Duran-Meza<br>10CR2505-MMA | December 13, 2010 at 9 a.m. for sentencing before Hon. Michael M. Anello |
| United States v. Jose Rene Espinoza-Meza<br>10CR4475-H | December 2, 2010 at 9 a.m. for COP before Hon. Barbara L. Major |
| United States v. Jose Rene Espinoza-Meza<br>10CR0347-JLS | December 14, 2010 at 9:30 a.m. for OSC status before Hon. Cathy Ann Bencivengo |
| United States v. Arsenio Garcia-Cruz<br>10CR3997-LAB | January 10, 2011 at 9 a.m. for sentencing before Hon. Larry A. Burns |

| Case | Hearing |
|---|---|
| United States v. Jose Gastelum-Parra<br>10CR4532-GT | December 17, 2010 at 9 a.m. for COP before Hon. Gordon Thompson Jr. |
| United States v. Gomez-Higuera<br>10CR1346-L | December 13, 2010 at 8:30 a.m. for sentencing before Hon. M. James Lorenz |
| United States v. Jorge Gomez-Ramirez<br>10MJ3597-CAB | December 7, 2010 at 9:30 a.m. for PH2 before Hon. Cathy Ann Bencivengo |
| United States v. Javier Angel Gonzalez<br>10MJ3651-CAB | December 2, 2010 at 9:30 a.m. for PH2 before Hon. Cathy Ann Bencivengo |
| United States v. Miguel Gonzalez-Hernandez<br>10MJ3769-NLS | December 2, 2010 at 9:30 a.m. for PH1 before Hon. Nita L. Stormes |
| United States v. Maria Esperanza Guzman-Plata<br>10CR3761-JAH | January 21, 2011 at 8:30 a.m. for sentencing before Hon. John A. Houston |
| United States v. Jose Manuel Jaime<br>10CR4506-BTM | December 9, 2010 2:30 p.m. for COP before Hon. Jan M. Adler |
| United States v. Roger T. Jones<br>10CR2420-BEN | January 18, 2011 at 9 a.m. for sentencing before Hon. Roger T. Benitez |
| United States v. Gary Kasl<br>10MJ3757-NLS | December 2, 2010 at 9:30 a.m. for PH1 before Hon. Nita L. Stormes |
| United States v. Roberto Leyva-Franco<br>10CR4512-IEG | December 9, 2010 at 2:30 p.m. for COP before Hon. Jan M. Adler |
| United States v. Manuel Lopez-Barreras<br>10CR4506-W | December 6, 2010 at 9 a.m. for COP before Hon. Thomas J. Whelan |
| United States v. Jose Magana-Artiaga<br>10MJ9402-PCL | December 1, 2010 at 10 a.m. for PH1 before Hon. Peter C. Lewis |

| | |
|---|---|
| United States v. Saul Valle-Flores<br>10CR4429-H | December 2, 2010 at 9 a.m. for COP before Hon. Barbara L. Major |
| United States v. Victor Medina-Cisneros<br>10CR4531-GT | December 17, 2010 at 9 a.m. for COP before Hon. Gordon Thompson Jr. |
| United States v. Marielena Mendez<br>10CR4731-LAB | Outstanding bench warrant |
| United States v. Sergio Mendez<br>10CR4478-H | December 2, 2010 at 9 a.m. for COP before Hon. Barbara L. Major |
| United States v. Francisco Mondragon-Rodriguez<br>10CR2281-JLS | December 3, 2010 at 1:30 p.m. for MH/TS before Hon. Janis L. Sammartino |
| United States v. Filiberto Muniz-Ramirez<br>10MJ9400-PCL | December 1, 2010 at 10:30a.m. for PH1 before Hon. Peter C. Lewis |
| United States v. Felipe de Jesus Nunez-Hernandez<br>10CR2913-IEG | January 3, 2011 at 9 a.m. for sentencing before Hon. Irma E. Gonzalez |
| United States v. Ismael Ordorica-Ramirez<br>10MJ9391-PCL | November 30, 2010 at 1:30 p.m. for PH1 before Hon. Peter C. Lewis |
| United States v. Jose Ruben Otero-Diaz<br>10MJ3751-MLS | December 16, 2010 at 9:30 a.m. for COP before Hon. Nita L. Stormes |
| United States v. Maria Norma Padilla<br>10MJ9338-PCL | December 7, 2010 at 1:30 p.m. for PH2 before Hon. Peter C. Lewis |
| United States v. Diego Jose Peralta-Lopez<br>10CR4709-MMA | December 8, 2010 at 10 a.m. for COP before Hon. Ruben B. Brooks |
| United States v. Jose Lardi Perez<br>10CR4500-BEN | December 7, 2010 at 1:30 p.m. for COP before Hon. Anthony J. Battaglia |
| United States v. Ana Maria Perez-Gonzalez<br>10MJ9351-PCL | December 1, 2010 at 10 a.m. for PH2 before Hon. Peter C. Lewis |

| | |
|---|---|
| United States v. Daniel Perez-Mejia<br>10MJ3729-NLS-02 | December 14, 2010 at 9:30 a.m. for PH1 before Hon. Nita L. Stormes |
| United States v. Yoshio Pineda-Aguirre<br>10MJ9370-PCL | December 6, 2010 at 1:30 p.m. for PH1 before Hon. Peter C. Lewis |
| United States v. Thomas Alberto Pompa<br>10CR3515-GT | January 5, 2011 at 9:30 a.m. for sentencing before Hon. Gordon Thompson Jr. |
| United States v. Miguel Quintero-Leyva<br>10CR3864-LAB | December 20, 2010 at 9:30 a.m. for sentencing before Hon. Larry A. Burns |
| United States v. Tomas Ramirez-Cruz<br>10CR2629-DMS | January 14, 2011 at 9 a.m. for sentencing before Hon. Dana M. Sabraw |
| United States v. Alejandro Ramirez-Gonzalez<br>10MJ3747-NLS | December 16, 2010 at 9:30 a.m. for PH2 before Hon. Nita L. Stormes |
| United States v. Juan Ramirez<br>10CR4730-DMS | December 14, 2010 at 9 a.m. for PH2 before Hon. Nita L. Stormes |
| United States v. Jaime Rivera-Ramos<br>10CR3957-DMS | December 3, 2010 at 9 a.m. for sentencing before Hon. Dana M. Sabraw |
| United States v. Juan Rodriguez-Morales<br>10CR4408-JLS | January 14, 2011 at 1:30 p.m. for MH/TS before Hon. Janis L. Sammartino |
| United States v. Fernando Rodriguez-Padilla<br>10MJ9377-PCL | November 30, 2010 at 1:30 p.m. for PH1 before Hon. Peter C. Lewis |
| United States v. Dania Rojas<br>10CR4296-BEN | January 14, 2011 at 2:00 p.m. for MH/TS before Hon. Roger T. Benitez |
| United States v. Eduardo Sotelo<br>10CR3933-DMS | January 14, 2011 at 11 a.m. for MH/TS before Hon. Dana M. Sabraw |

| | |
|---|---|
| United States v. Javier Torres German<br>10CR4547-BTM | January 7, 2011 at 11 a.m. for MH/T S before Hon. Barry T. Moskowitz |
| United States v. Jose Torres-Sanchez<br>10MJ3587-AJB | November 30, 2010 at 1:30 p.m. for PH1 before Hon. Anthony J. Battaglia |
| United States v. Elvia Tovar-Carmona<br>10CR2521-H | December 2, 2010 at 9 a.m. for sentencing before Hon. Marilyn L. Huff |
| United States v. Lorena Trujillo-Perez<br>10CR4483-BTM | December 2, 2010 at 9 a.m. for COP before Hon. Barbara L. Major |
| United States v. Isahias Cervantes Vega<br>10MJ3749-AJB | December 7, 2010 at 1:30 p.m. for PH1 before Hon. Anthony J. Battaglia |
| United States v. Rene Velazquez-Cortez<br>10MJ3671-CAB | December 7, 2010 at 9:30 a.m. for PH1 before Hon. Cathy Ann Bencivengo |
| United States v. Roberto Velasquez-Jimenez<br>10MJ9376-PCL | November 30, 2010 at 1:30 p.m. for PH1 before Hon. Peter C. Lewis |